# Velva L. Price
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**



June 10, 2015


Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

**RE:** *Cause number 03-14-00665-CV*

Dear Mr. Kyle,

Please accept this letter as a clarification on the above-numbered request for information on the Amended Notice of Appeal submitted to the 3rd Court of Appeals on June 9, 2015.  As stated in the letter dated June 9, 2015, our office has not found an Amended Notice of Appeal filed by Mr. Drake.  However, Mr. Drake does have a 145 page Verified Motion to Reinstate and for New Trial which was filed with our office on March 2, 2015.

Please correct your records to reflect this correction of the previous letter.

If you have any questions, please contact me at (512) 854-4309.

Sincerely,

Trish Winkler
Deputy Court Clerk II
Travis County District Clerk's Office
Civil Division
(512) 854-4309